WM. NICKEL v. J. & E. GREENWOLD.

(No. 791, Op. Book No. 3, p. 420.)

APPEAL from Dallas County.  Opinion by WHITE, P. J.

§ 70. *Lien; waiver of, a question of intention.* Whether a lien is waived or not, is generally a question of intention. When it has once attached, the taking of a negotiable security for the debt does not of itself operate as a release of the lien. [Pope v. Graham, 44 Tex. 196.]

June 9, 1880.                Reversed and remanded.

---

E. P. LYLE v. M. C. HARRIS.

(No. 676, Op. Book No. 3, p. 422.)

APPEAL from Dallas County.  Opinion by WHITE, P. J.

1w 31
§   71
2w438
2w507

§ 71. *General demurrer; legal effect of.* The legal effect of a general demurrer is to admit the facts pleaded to be true, but to deny that they constitute a cause of action or ground of defense. [Zacharie v. Bryan, 2 Tex. 274.] And the only question which will be considered under it is whether any cause of action or ground of defense is disclosed in the pleading demurred to. [Warner v. Bailey, 7 Tex. 517.] If sufficient be stated in the pleading demurred to, to enable the court to see that a good cause of action or ground of defense exists, however defectively stated, a general demurrer will not be sustained. [Williams v. Warnell, 28 Tex. 611; Edgar v. Galveston, 46 Tex. 421.]

June 9, 1880.                Reversed and remanded.